**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NANCY GILBERTI,

    Plaintiff,

v.                                                                                            Case No: 8:13-cv-821-T-30EAJ

NANCY WELLING and
DAVID WELLING,

    Defendants.

---

**ORDER OF DISMISSAL**

Before the Court is the Response to Order to Show Cause (Dkt. #24).  Plaintiff's counsel requests that this case be closed.  Plaintiff is deceased and her husband does not wish to pursue this claim.   It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    Any pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 15th day of January, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-821 dismiss 24.docx